433 A.2d 120

Meloni v. Fiori, et al., Appellants.

Petition for Allowance of Appeal Denied July 7, 1981.

509

Submitted June 13, 1980. Richard P. McBride, for appellants; Alan Dion, for appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.